LEE M. GORDON (SBN 174168)
ELAINE T. BYSZEWSKI (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
         -and-
STEVE W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: 206- 623-0594

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**              *E-FILED - 9/20/06*

| | |
|---|---|
| In re:<br><br>Apple iPod Nano Litigation | MDL Docket No. M:06-cv-01754-RMW<br><br>**STIPULATION AND ORDER RE LEAVE TO FILE FIRST CONSOLIDATED AND AMENDED MASTER COMPLAINT** |

124024_2

1    WHEREAS, Plaintiffs Jason Moschella, David Singer, Ben Jennings, and Eli Kahan ("Class Plaintiffs") and Plaintiffs James Wimmer, Samuel Allred, Hurr Baqri, Roberto Armando Islas Durand, John Valencia, Emily Mayo, Danny Williamson, and Leonard Rappel ("Individual Plaintiffs"), on the one hand, and Defendant Apple Computer, Inc. ("Defendant" or "Apple"), on the other hand, agree that Class Plaintiffs may be granted leave to file a First Consolidated and Amended Master Complaint in a form substantially similar to the draft Complaint attached hereto as **Exhibit A**;

NOW, THEREFORE, SUBJECT TO THE COURT'S APPROVAL, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Within five (5) days of entry of this [Proposed] Order, Class Plaintiffs may file a First Consolidated and Amended Master Complaint in a form substantially similar to the draft Complaint attached hereto as **Exhibit A**;
2. Within five (5) days of the filing of a First Consolidated and Amended Master Complaint, Individual Plaintiffs James Wimmer, John Valencia, and Leonard Rappel shall dismiss without prejudice their federal court actions against Apple;
3. Within five (5) days of the filing of a First Consolidated and Amended Master Complaint, Individual Plaintiffs Emily Mayo and Danny Williamson shall request administrative closure of their Louisiana-based, federal court actions against Apple, or alternatively, they shall dismiss without prejudice their respective actions against Apple;
4. Upon entry of this [Proposed] Order, Individual Plaintiffs Samuel Allred, Hurr Baqri, and Roberto Armando Islas Durand should be deemed to have asserted their pending claims in an individual capacity only, and not as putative class representatives. The parties agree that the Court should stay such claims during the MDL. Nothing herein is intended to expand, limit, grant, or deny the right of any Individual Plaintiff to seek to become a class representative at a later date as circumstances may warrant; and

5. Apple will respond to the Consolidated Amended Master Complaint within sixty (60) days of the filing thereof, and Apple reserves its right to respond to each separate action subject to this MDL after each action gets remanded to the original forum court upon conclusion of the MDL.

**AGREED**:

DATED: September 7, 2006                HAGENS BERMAN SOBOL SHAPIRO LLP


By _____/S/_____
        LEE M. GORDON

ELAINE T. BYSZEWSKI
700 South Flower St., Suite 2940
Los Angeles, CA  90017-4101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

STEVE W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue,
Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

DAVID P. MEYER
PATRICK G. WARNER
DAVID P. MEYER & ASSOCIATES CO., LPA
401 North Front Street, Suite 350
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (615) 224-6066

*Attorneys for Plaintiffs Jason Moschella, David Singer, Ben Jennings, James Wimmer, Samuel Allred, Hurr Baqri, and Roberto Armando Islas Durand*

| | | |
|---|---|---|
| 1 | **DATED**: September 7, 2006 | LAW OFFICES OF THOMAS D. MAURIELLO |

By _____/S/_____
   THOMAS D. MAURIELLO

501 N. El Camino Real, Suite 220
San Clemente, CA  92672
Tel: (949) 366-4135
Fax: (949) 606-9690

LAWRENCE E. FELDMAN
LAWRENCE E. FELDMAN & ASSOC.
432 Tulpehocken Ave.
Elkins Park, PA  19027
Tel: 215-885-3302
Fax: 215-885-3303

BRYAN CLOBES
MILLER FAUCHER & CAFFERTY, LLP
18th and Cherry Streets
One Logan Square, Suite 1700
Philadelphia, PA 19103
Tel: 215-864-2800
Fax: 215-864-2810

SETH R. LESSER
LOCKS LAW FIRM
110 East 55th Street
New York, NY 10022
Tel: 212-838-3333
Fax: 212-838-3755

*Attorneys for Plainitff John Valencia*

**DATED**: September 7, 2006        BOHRER LAW FIRM

By _____/S/_____
   PHILLIP BOHRER

SCOTT E. BRADY
8712 Jefferson Highway
Suite B
Baton Rouge, LA 70809
Tel: 225-925-5297
Fax: 225-231-7000

*Attorneys for Plainitff Emily Mayo*

.001884-15_124024_V2                                         - 3 -

| | | |
|---|---|---|
| 1 | | |
| 2 | **DATED**: September 7, 2006 | NESBLETT, BEARD & ARSENAULT |

By _____/S/_____
JOHN R. WHALEY

RICHARD J. ARSENAULT
P. O. Box 1190
2220 Bonaventure Court
Alexandria, LA 71309-1190
Tel: 318-487-9874
Fax: 561-2591

*Attorneys for Plainitff Danny Williamson*

**DATED**: September 7, 2006        ZIMMERMAN, LEVI & KORSINSKY LLP

By _____/S/_____
JEAN-MARC ZIMMERMAN

226 ST. Paul Street
Westfield, NJ 07090
Tel: 908-654-8000

*Attorneys for Plainitff Leonard Rappel*

**DATED**: September 7, 2006        ZIMMERMAN LEVI & KORSINSKY, LLP 39

By _____/S/_____
EDUARD KORSINSKY

Broadway, Suite 1601
New York, NY 10006
Tel: 212-363-7500
Fax: 212-363-7171

*Attorneys for Plainitff Eli Kahan*

001884-15 124024 V2                                - 4 -

| | | |
|---|---|---|
| 1 | **DATED**:  September 6, 2006 | MORRISON & FOERSTER LLP |

By _____/S/_____
    PENELOPE PREOVOLOS

ANDREW D. MUHLBACH
HEATHER A. MOSER
425 Market Street, 32nd Floor
San Francisco, CA  94105-2482
Tel:  415-268-7000

*Attorneys for Defendant*

**DATED**:  September 7, 2006   IRWIN FRITCHIE URQUHART & MOORE

By _____/S/_____
    QUENTIN F. URQUHART, JR.

400 Poydras Street, Suite 2700
New Orleans, LA  70130
Tel:  504-310-2100

*Attorneys for Defendant*

**DATED**:  September 7, 2006   SCHNADER HARRISON SEGAL & LEWIS

By _____/S/_____
    JERRY L. TANENBAUM

Woodland Falls Corporate Park
220 Lake Drive East Suite 200
Cherry Hill, NJ  08002-1165
Tel:  856-482-5222

*Attorneys for Defendant*

**\* \* ORDER \* \***

IT IS SO ORDERED:

DATED: 9/20/06              /s/ Ronald M. Whyte
                            THE HONORABLE RONALD M. WHYTE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF SERVICE BY E-FILE

I, Lee M. Gordon hereby certify that on September 11, 20006, I filed the attached **Stipulation and [Proposed] Order Re Leave to File First Consolidated and Amended Master Complaint** on behalf of Plaintiffs and made service on counsel of record in this matter by making an electronic filing with the Clerk of the Court, using the ECF system, which will send notification of such filing.

001884-15 124024 V2

- 7 -