| | |
|---|---|
| 1 | PENELOPE A. PREOVOLOS (CA SBN 87607) |
|   | (PPreovolos@mofo.com) |
| 2 | ANDREW D. MUHLBACH (CA SBN 175694) |
|   | (AMuhlbach@mofo.com) |
| 3 | JOHANNA W. ROBERTS (CA SBN 191472) |
|   | (JRoberts@mofo.com) |
| 4 | HEATHER A. MOSER (CA SBN 212686) |
|   | (HMoser@mofo.com) |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | *Attorneys for Defendant* |
|   | APPLE INC. f/k/a |
| 9 | APPLE COMPUTER, INC. |
| 10 | LEE M. GORDON (BAR NO. 174168) |
|    | ELAINE T. BYSZEWSKI (BAR NO. 222304) |
| 11 | HAGENS BERMAN SOBOL SHAPIRO LLP |
|    | 700 South Flower Street, Suite 2940 |
| 12 | Los Angeles, Ca 90017-4101 |
|    | Telephone:  213-330-7150 |
| 13 | Facsimile:  213-330-7152 |
| 14 | *Co-lead Counsel for Plaintiffs* |
| 15 | [Additional Counsel Listed on Signature Page]    ***E-FILED - 10/3/07*** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE IPOD NANO PRODUCTS LIABILITY LITIGATION | CASE NO.: M-06-01754-RMW<br>MDL NO.: 1754<br><br>**JOINT STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>The Honorable Ronald M. Whyte<br>Courtroom No. 6, 4th Floor<br>Date: October 5, 2007<br>Time: 10:30 a.m.<br>Master Complaint Filed: Sept. 21, 2006 |

JOINT STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. M-06-01754-RMW
sf-2390936

1   Plaintiffs and defendant Apple Inc. ("Apple") (collectively the "parties") hereby submit the following stipulation to continue the Case Management Conference currently scheduled for October 5, 2007 to October 19, 2007 at 10:30 a.m.:

WHEREAS, a Case Management Conference is currently scheduled for October 5, 2007; and

WHEREAS, there are related proceedings pending in the Superior Court for the State of California, County of Los Angeles, *iPod nano Cases*, JCCP Case No. 4469;

WHEREAS, the parties have a scheduled deposition noticed for October 5, 2007 in the *iPod nano Cases*;

WHEREAS, lead counsel for the parties plan to attend the deposition;

IT IS HEREBY STIPULATED AND AGREED, pursuant to the Northern District Local Rules 6-2(a), 7-12, and 16-2(e), that the Case Management Conference currently scheduled for October 5, 2007, shall be continued to October 19, 2007 at 10:30 a.m.

SO STIPULATED.

Dated: September 21, 2007

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
JOHANNA W. ROBERTS
HEATHER A. MOSER
MORRISON & FOERSTER LLP

By:  /s/ Andrew D. Muhlbach
      Andrew D. Muhlbach

*Attorneys for Defendant*
APPLE INC.

Dated: September 21, 2007

STEVE W. BERMAN
LEE M. GORDON
ELAINE T. BYSZEWSKI
HAGENS BERMAN SOBOL SHAPIRO LLP

By:  /s/ Lee M. Gordon
      Lee M. Gordon
*Co-lead Counsel for Plaintiffs*

JOINT STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. M-06-01754-RMW
sf-2390936

1

| | |
|---|---|
| 1 | DAVID P. MEYER |
| 2 | PATRICK G. WARNER |
|   | DAVID P. MEYER & ASSOCIATES CO |
| 3 | *Co-lead Counsel for Plaintiffs* |
| 4 | RICHARD ARSENAULT |
|   | JOHN RANDALL WHALEY |
| 5 | NEBLETT, BEARD ARSENAULT |
| 6 | PHILIP BOHRER |
|   | SCOTT BRADY |
| 7 | BOHRER LAW FIRM, LLC |
| 8 | L.E. FELDMAN |
|   | LAWRENCE E. FELDMAN & ASSOC., LLP |
| 9 | JOHN P. WOLFF, III |
|   | CHRISTOPHER K. JONES |
| 10 | KEOGH, COX & WILSON, LTD. |
| 11 | THOMAS D. MAURIELLO |
|    | LAW OFFICES OF THOMAS D. MAURIELLO |
| 12 | BRYAN L. CLOBES |
| 13 | MILLER FAUCHER & CAFFERTY, LLP |
| 14 | SETH R. LESSER |
|    | LOCKS LAW FIRM |
| 15 | JEAN-MARC ZIMMERMAN |
| 16 | EDUARD KORSINSKY |
|    | JOSEPH LEVI |
| 17 | ZIMMERMAN, LEVI & KORSINSKY LLP |
| 18 | *Attorneys for Plaintiffs* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/3/07

_____/s/ Ronald M. Whyte_____
United States District Court Judge
Hon. Ronald M. Whyte

JOINT STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. M-06-01754-RMW
sf-2390936

2

1 | I, Andrew D. Muhlbach, am the ECF user whose ID and password are being used to file this Stipulation to Continuance of Case Management Conference.  In compliance with General Order 45.X.B, I hereby attest that Lee M. Gordon has concurred in this filing.

Dated:  September 21, 2007

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
JOHANNA W. ROBERTS
HEATHER A. MOSER
MORRISON & FOERSTER LLP


By:   /s/ Andrew D. Muhlbach
          Andrew D. Muhlbach

*Attorneys for Defendant*
APPLE COMPUTER, INC.

JOINT STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. M-06-01754-RMW
sf-2390936

3

# CERTIFICATE OF SERVICE BY MAIL
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California  94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**JOINT STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California  94105-2482 , in accordance with Morrison & Foerster's ordinary business practices:

Patrick G. Warner
David P. Meyer & Associates Co., LPA
1320 Dublin Road, Suite 100
Columbus OH  43215

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 21st day of September, 2007.

| Carol J. Peplinski | /s/ Carol J. Peplinski |
|---|---|
| (typed) | (signature) |

## ATTESTATION OF E-FILED SIGNATURE

I, Andrew D. Muhlbach, am the ECF User whose ID and password are being used to file this Proof of Service.  In compliance with General Order 45, X.B., I hereby attest that Carol J. Peplinski has read and approved this Proof of Service and consents to its filing in this action.

Dated:   September 21, 2007.

MORRISON & FOERSTER LLP

_/s/ Andrew D. Muhlbach_
/s/  Andrew D. Muhlbach