1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   (PPreovolos@mofo.com)
2  ANDREW D. MUHLBACH (CA SBN 175694)
   (AMuhlbach@mofo.com)
3  JOHANNA W. ROBERTS (CA SBN 191472)
   (JRoberts@mofo.com)
4  HEATHER A. MOSER (CA SBN 212686)
   (HMoser@mofo.com)
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  *Attorneys for Defendant*
   APPLE INC. f/k/a
9  APPLE COMPUTER, INC.

10 LEE M. GORDON (BAR NO. 174168)
   ELAINE T. BYSZEWSKI (BAR NO. 222304)
11 HAGENS BERMAN SOBOL SHAPIRO LLP
   700 South Flower Street, Suite 2940
12 Los Angeles, Ca 90017-4101
   Telephone:  213-330-7150
13 Facsimile:  213-330-7152

14 *Co-lead Counsel for Plaintiffs*

15 [Additional Counsel Listed on Signature Page]

*E-FILED - 10/15/08*

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                    SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE IPOD NANO PRODUCTS LIABILITY LITIGATION | CASE NO.: M-06-01754-RMW<br>MDL NO.: 1754<br><br>**STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE** AND ORDER<br>The Honorable Ronald M. Whyte<br>Courtroom No. 6, 4th Floor<br>Date: October 17, 2008<br>Time: 10:30 a.m.<br>Master Complaint Filed: Sept. 21, 2006 |

1    WHEREAS, a Case Management Conference is currently scheduled for October 17, 2008;
2 and
3    WHEREAS, the parties request that the Case Management Conference be continued for
4 approximately thirty (30) days to allow for certain filings to be completed in the related state
5 action pending in the Superior Court of California, County of Los Angeles, *iPod Nano Cases*,
6 JCCP Case No. 4469;
7    IT IS HEREBY STIPULATED AND AGREED pursuant to the Northern District Local
8 Rules 6-2(a), 7-12, and 16-2(e), that the Case Management Conference currently scheduled for
9 October 17, 2008, shall be continued to November 21, 2008, at 10:30 a.m.
10    SO STIPULATED.

Dated: October 15, 2008

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
JOHANNA W. ROBERTS
HEATHER A. MOSER
MORRISON & FOERSTER LLP

By:  /s/ Penelope A. Preovolos
         Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.

Dated: October 15, 2008

STEVE W. BERMAN
LEE M. GORDON
ELAINE T. BYSZEWSKI
HAGENS BERMAN SOBOL SHAPIRO LLP

By:  /s/ Lee M. Gordon
         Lee M. Gordon

*Co-lead Counsel for Plaintiffs*

DAVID P. MEYER
PATRICK G. WARNER
DAVID P. MEYER & ASSOCIATES CO
*Co-lead Counsel for Plaintiffs*

STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. M-06-01754-RMW
sf-2591150

2

RICHARD ARSENAULT  
JOHN RANDALL WHALEY  
NEBLETT, BEARD ARSENAULT

PHILIP BOHRER  
SCOTT BRADY  
BOHRER LAW FIRM, LLC

L.E. FELDMAN  
LAWRENCE E. FELDMAN & ASSOC., LLP

JOHN P. WOLFF, III  
CHRISTOPHER K. JONES  
KEOGH, COX & WILSON, LTD.

THOMAS D. MAURIELLO  
LAW OFFICES OF THOMAS D. MAURIELLO

BRYAN L. CLOBES  
MILLER FAUCHER & CAFFERTY, LLP

SETH R. LESSER  
LOCKS LAW FIRM

JEAN-MARC ZIMMERMAN  
EDUARD KORSINSKY  
JOSEPH LEVI  
ZIMMERMAN, LEVI & KORSINSKY LLP

*Attorneys for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/15/08

*Ronald M. Whyte*  
United States District Court Judge

STIPULATION TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE  
Case No. M-06-01754-RMW  
sf-2591150

1  I, Penelope A. Preovolos, am the ECF user whose ID and password are being used to file this Joint Case Management Statement. In compliance with General Order 45.X.B, I hereby attest that Lee M. Gordon has concurred in this filing.

Dated: October 15, 2008

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
JOHANNA W. ROBERTS
HEATHER A. MOSER
MORRISON & FOERSTER LLP


By:  /s/ Penelope A. Preovolos
      Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.