1 | PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
2 | ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
3 | HEATHER A. MOSER (CA SBN 212686)
(HMoser@mofo.com)
4 | MORRISON & FOERSTER LLP
425 Market Street
5 | San Francisco, California 94105-2482
Telephone: 415.268.7000
6 | Facsimile: 415.268.7522

7 | *Attorneys for Defendant*
APPLE INC. f/k/a
8 | APPLE COMPUTER, INC.

***E-FILED - 9/10/09***

9 | LEE M. GORDON (BAR NO. 174168)
ELAINE T. BYSZEWSKI (BAR NO. 222304)
10 | HAGENS BERMAN SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
11 | Los Angeles, Ca 90017-4101
Telephone: 213-330-7150
12 | Facsimile: 213-330-7152

13 | *Co-lead Counsel for Plaintiffs*

14 | [Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>APPLE IPOD NANO PRODUCTS LIABILITY LITIGATION | MDL Docket No.: M:06-cv-01754-RMW<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [] ORDER**<br><br>The Honorable Ronald M. Whyte<br>Date: September 11, 2009 |

STIPULATED REQUEST FOR CONTINUANCE OF CMC
AND [] ORDER

sf-2731431                                                                                       Case No. M:06-01754-RMW

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS the parties entered into a settlement agreement in JCCP Case No. 4469;

WHEREAS the Honorable Carl J. West signed the Final Judgment and Order approving the settlement on April 28, 2009;

WHEREAS on May 11, 2009, the parties filed a request for a continuance of the Case Management Conference ("CMC") scheduled in this case for May 22, 2009, asking that the CMC be continued for 90 days until after the statutory period for appeals in JCCP 4469 had passed;

WHEREAS the parties indicated in their May 11, 2009 request that if no appeal was filed, they expected to file a joint stipulation and proposed order with this Court requesting dismissal of *In Re Apple iPod nano Products Liability Litigation*;

WHEREAS the Court granted the parties' request, continued the CMC to September 11, 2009, and ordered the parties to file a dismissal by September 4, 2009, if the settlement is final;

WHEREAS an appeal was filed on May 21, 2009, rendering the settlement not final;

NOW, THEREFORE, counsel for the parties hereby stipulate and request that the Court enter an order continuing the CMC, currently scheduled for September 11, 2009, for a period of approximately six months, to February 12, 2010.

Dated: August 27, 2009

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
HEATHER A. MOSER
MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos
Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.

STIPULATED REQUEST FOR CONTINUANCE OF CMC AND [] ORDER   2

sf-2731431   Case No. M:06-01754-RMW

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 27, 2009 | STEVE W. BERMAN<br>LEE M. GORDON |
| 3 | | ELAINE T. BYSZEWSKI<br>HAGENS BERMAN SOBOL SHAPIRO LLP |
| 4 | | By:  /s/ Lee M. Gordon |
| 5 | | Lee M. Gordon |
| | | *Co-lead Counsel for Plaintiffs* |

Dated: August 27, 2009

STEVE W. BERMAN
LEE M. GORDON
ELAINE T. BYSZEWSKI
HAGENS BERMAN SOBOL SHAPIRO LLP

By:  /s/ Lee M. Gordon
         Lee M. Gordon

*Co-lead Counsel for Plaintiffs*

DAVID P. MEYER
PATRICK G. WARNER
DAVID P. MEYER & ASSOCIATES CO
*Co-lead Counsel for Plaintiffs*

RICHARD ARSENAULT
JOHN RANDALL WHALEY
NEBLETT, BEARD ARSENAULT

PHILIP BOHRER
SCOTT BRADY
BOHRER LAW FIRM, LLC

L.E. FELDMAN
LAWRENCE E. FELDMAN & ASSOC., LLP

JOHN P. WOLFF, III
CHRISTOPHER K. JONES
KEOGH, COX & WILSON, LTD.

THOMAS D. MAURIELLO
LAW OFFICES OF THOMAS D. MAURIELLO

BRYAN L. CLOBES
MILLER FAUCHER & CAFFERTY, LLP

SETH R. LESSER
LOCKS LAW FIRM

JEAN-MARC ZIMMERMAN
EDUARD KORSINSKY
JOSEPH LEVI
ZIMMERMAN, LEVI & KORSINSKY LLP

*Attorneys for Plaintiffs*

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:            /s/
     Penelope A. Preovolos

STIPULATED REQUEST FOR CONTINUANCE OF CMC      3
AND [] ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  __9/10/09_____    _____*Ronald M. Whyte*_____

Hon. Ronald M. Whyte
United States District Judge

STIPULATED REQUEST FOR CONTINUANCE OF CMC
AND [] ORDER                                                4